UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dana N. Escoffier_

_(In the space above enter the full name(s) of the plaintiff(s).)_

**COMPLAINT**

-against-

_New York Police Department, AKA I.A.B._
_Time Equities, Inc_
_Hudson Street Equities,_
_John Doe 1-20_
_Jane Doe 1-20_

Jury Trial: ☐ Yes ☑ No
(check one)

RECEIVED JUN 06 2013 PRO SE OFFICE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Dana N. Escoffier_
Street Address _523 Hudson St. #4F5_
County, City _New York, New York_
State & Zip Code _New York 10014_
Telephone Number _212 675 3836_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _City of New York, Corp. Council of N.Y._
Street Address

*Rev. 05/2010*

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2    Name *TIME EQUITIES, INC*
Street Address *55 FIFTH AVE.*
County, City *NEW YORK, NY. 10003*
State & Zip Code *NEW YORK 10003*
Telephone Number _____

Defendant No. 3    Name *HUDSON STREET EQUITIES*
Street Address *55 FIFTH AVE.*
County, City *NEW YORK, NY.*
State & Zip Code *NEW YORK 10003*
Telephone Number _____

Defendant No. 4    Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions      ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *CIVIL RIGHTS ACTION*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? GREENWICH VILLAGE, NY, 523 HUDSON ST. NY NY 10014 APT #4FS

B. What date and approximate time did the events giving rise to your claim(s) occur? VARIOUS TIMES

C. Facts: ~~TO BE COMPLETED LATER~~ DANIELLA GALLEGO, APT #5FS, NEIGHBOR HARASSING ME FROM APT #5FS, YEARS OF CONDUCT DESTROYING MY QUALITY OF LIFE. CALLED LANDLORD TO COMPLAIN, INSTEAD OF ~~[illegible]~~ APPROPRIATE ACTION AGAINST NEIGHBOR, LANDLORD CONSPIRED WITH POLICE TO ARREST ME ~~[illegible]~~ DEPRIVING ME OF MY RIGHTS AND DISCRIMINATION AGAINST DISABLED PER- AMERICANS W/ DISABILITIES

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

IV. Injuries:
If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ANXIETY, MENTAL STRESS AND ANGUISH, MIGRAINES, WORSENING *TBI DUE TO STRESS, CHRONIC INSOMNIA *(SYMPTOMS)

Rev. 05/2010

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

TEN MILLION DOLLARS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of JUNE, 20 13

Signature of Plaintiff _[signature]_

Mailing Address  523 Hudson St #4F5
NY NY 10014

Telephone Number  212 675 3836

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____