UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/13

DANA N. ESCOFFIER,

    Plaintiff,

**AMENDED COMPLAINT**

-against-

CITY OF NEW YORK

Chief Campisi, Ass't Chief Thompson

Insp. Cokkinos, Officer Connolly

Officer Sanchez, Officer Hall,

Officer Velardi, Officer Basnight,

Officer Mendoza, Officer Marino

Officer Carra, Officer Severino,

Officer Robertson, Det. Lt. Hellman,

Officer Abbott, Officer Castillo,

Det. Sebastian, Sgt. Calle, Officer Belger,

Sgt. Aynbinder, Officer Nugent, Sgt. Termine

Officer Martinez, Officer Andrews,

Officer Brown, Officer Duffy, Det. Walsh,

Det. Bernardes, Sgt. Balunas, Off. Alberici,

Det. Wheeler, Officer Fusco, Det. Biondolilo,

Sgt. Det. Nilan, Officer Marte, Det. Davis,

Jury Trial:___YES____NO

13 Civ. 3918 (LAP)

Sgt./Lt. Anderson, Officer Anollino, Capt. Spano,

Det. Smithson, Det. Davis (IAB), Officer Baranski

and John and Jane Doe 1-20

*TIME EQUITIES, INC.*
*HUDSON STREET EQUITIES GROUP*

Frances Greenberger, Robert Kantor,

Bruce Rittenberg, Seth Coston, Sherri O'Keefe,

Shavon, Virgil Olaru, Brandy A. Smith, Thomas Fleishell

and John and Jane Doe 1-20

*DANIELLA GALLEGO*

## I  PARTIES IN THIS COMPLAINT

Plaintiff:         Dana N. Escoffier
                   523 Hudson Street #4FS
                   New York County, New York
                   New York 10014
                   (212) 675-3836

Defendant No.1  City of New York
                   1 Centre Street
                   New York County, New York
                   New York 10007
                   (212) 669-7318

Defendant No.2  Time Equities, Inc.
                   55 Fifth Avenue
                   New York County, New York
                   New York 10003
                   (212) 206-6000

Defendant No.3 Hudson Street Equities Group
                   55 Fifth Avenue
                   New York County, New York
                   New York 10003
                   (212) 206-6000

Defendant No.4 Daniella Gallego
523 Hudson Street #5FS
New York County, New York
New York 10014

Defendant No.5 Brandy A. Smith
561 Seventh Avenue, 19th Floor
New York County, New York
New York, 10018
(212) 972-1355

Defendant No.6 Thomas Fleishell & ASSOCIATES
561 Seventh Avenue, 19th Floor
New York County, New York
New York 10018
(212) 972-1355

## II   BASIS FOR JURISDITION

A. What is the Basis for Federal Court Jurisdiction?

   X  Federal Questions    ___ Diversity of Citizenship

B. If the basis for jurisdiction Federal Question, what federal Constitutional statutory or treaty right is at issue?

   Deprivation of Civil Liberties

   Violation of First Amendment

   Violation of Fifth Amendment

   Violation of Fourteenth Amendment

C. If basis for jurisdiction of Diversity of Citizenship, what is the State of citizenship of each party?

   Plaintiff(s) state(s) of citizenship_____

   Defendant(s) state(s) of citizenship_____

## III   STATEMENT OF CLAIM

A. Where did the events giving rise to your claim(s) occur?

   County of New York, City of New York, State of New York

B. What date and approximate time did events giving rise to your claim(s) occur?

   August, 2010 - October, 2013

C. FACTS:

   Deprivation of Civil Liberties

   Violation of First Amendment

   Violation of Fifth Amendment

   Violation of Fourteenth Amendment

   Illegal Search and Seizure

   Illegal Surveillance

   Negligence

   Malfeasance

   Profiling

   Assault and Battery

   Collusion

   Tortuous Interference

   Discrmination

   Slander

   Infliction of Mental Anguish and Emotional Distress

## IV  INJURIES

Loss Of Property, value not less than $250,000.00

Mental Anguish and Emotional Distress

Loss of freedom of speech

Defamation

Deprivation of protection under the law

Conspiracy

Physical harm requiring surgical intervention,

   medication for exhaustive stress, mental and physical

   depression

## V  RELIEF

Plaintiff seeks damages in the amount of ten million dollars

Injunctive Relief

   Plaintiff has lost possession of property, estate property,

suffered great mental anguish and emotional distress, physical

abuse and harm, discrimination based on disability and loss

of privacy through surveillance.


I declare, under the penalty of perjury, that the foregoing is true and correct.

Signed this _30th_ day of October, 2013

_____
Dana N. Escoffier
523 Hudson Street #4ES
New York, New York 10014
(212) 675-3836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Dana N. Escoffier_

(In the space above enter the full name(s) of the plaintiff(s).)

**COMPLAINT**

-against-

_New York Police Department and I.A.B._
_Time Equities, Inc_
_Hudson Street Equities_
_John Doe 1-20_
_Jane Doe 1-20_

Jury Trial: ☐ Yes  ☑ No
(check one)

RECEIVED JUN 06 2013 PRO SE OFFICE

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Dana N. Escoffier_
            Street Address _523 Hudson St. #4F5_
            County, City _New York, New York_
            State & Zip Code _New York 10014_
            Telephone Number _212 675 3836_

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _City of New York, Corp. Council of NY_
                  Street Address

Rev. 05/2010

County, City _____
State & Zip Code _____
Telephone Number _____

Defendant No. 2    Name _TIME EQUITIES, INC_
                   Street Address _55 FIFTH AVE_
                   County, City _NEW YORK, NY. 10003_
                   State & Zip Code _NEW YORK 10003_
                   Telephone Number _____

Defendant No. 3    Name _HUDSON STREET EQUITIES_
                   Street Address _55 FIFTH AVE_
                   County, City _NEW YORK, NY._
                   State & Zip Code _NEW YORK 10003_
                   Telephone Number _____

Defendant No. 4    Name _____
                   Street Address _____
                   County, City _____
                   State & Zip Code _____
                   Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions        ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _CIVIL RIGHTS ACTION_

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? GREENWICH Village, NY, 523 HUDSON ST. NY NY 10014 APT #5

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

VARIOUS TIMES

C. Facts: TO DATE ~~[crossed out]~~

[What happened to you?]

DANIELLA GALLEGO, APT #5F, NEIGHBOR HARASSING ME FROM APT #5F,

[Who did what?]

YEARS OF CONDUCT DESTROYING MY QUALITY OF LIFE. CALLED LANDLORD TO COMPLAIN, INSTEAD OF ~~[crossed out]~~

[Was anyone else involved?]

APPROPRIATE ACTION AGAINST NEIGHBOR, LANDLORD CONSPIRED

[Who else saw what happened?]

WITH POLICE TO ARREST ME ~~[crossed out]~~ DEPRIVING ME OF MY RIGHTS AND

IV. Injuries: DISCRIMINATION AGAINST DISABLED PER

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. AMERICANS w/ DISABILITIES

ANXIETY, MENTAL STRESS AND ANGUISH, MIGRAINES, WORSENING *TBI DUE TO STRESS, CHRONIC INSOMNIA *(SYMPTOMS)

Rev. 05/2010

V.   **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Ten Million Dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6 day of June, 20 13

Signature of Plaintiff [signature]

Mailing Address  523 Hudson St. #4F5
NY NY 10014

Telephone Number  212 675 5836

Fax Number *(if you have one)*

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010