UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANA N. ESCOFFIER,

                        Plaintiff,

-v-

CITY OF NEW YORK et al.,

                        Defendants.

13-CV-3918 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to appear for a conference to schedule a date for trial on April 27, 2020, at 4:00 p.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: February 11, 2020
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*